NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE P. MURRAY, JR.,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7076

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 06-3271, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

George P. Murray, Jr. moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                MURRAY v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24